IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ANDOVER SENIOR CARE, LLC | ) | Case No. 22-10139 |
| | ) | Chapter 11 |
| Debtor | ) | |
| | ) | |

**DEBTOR'S APPLICATION TO EMPLOY MCCURDY REAL ESTATE & AUCTION, LLC WITH NOTICE OF OBJECTION DEADLINE OF MAY 9, 2022 AND HEARING DATE ON OBJECTIONS OF JUNE 9, 2022 AT 10:30 A.M.**

COME NOW Andover Senior Care, LLC (the "Debtor"), by and through its attorney, Mark J. Lazzo, and hereby submits its application (the "Application") for approval to employ McCurdy Real Estate & Auction, LLC ("McCurdy") to sell Debtor's real estate located at 224 E. Central Ave., Andover, Kansas, 67002 (the "Real Estate"). In support, Debtor states:

1. The Debtor seeks to employ McCurdy to assist in the sale, pursuant to 11 U.S.C. § 363(f), of the Real Estate.

2. In consideration of the services to be rendered by McCurdy, McCurdy shall be compensated on the terms set forth in the <u>Listing Agreement for Sale at Auction</u> attached hereto as Exhibit "1" (the "Listing Agreement").

3. The Debtor believes the employment of McCurdy is in the best interests of the estate.

4. McCurdy holds no interest or claim adverse to the above–captioned bankruptcy estate and meets the definition of a "disinterested person" under the Bankruptcy Code. McCurdy has signed an Affidavit of Disinterestedness, a copy of which has been filed with the Court contemporaneously with the filing of this Application.

5. Dwight Capital, LLC ("Dwight") shall have the statutory right, pursuant to 11

U.S.C. § 363(k), to credit-bid some or all of its allowed secured claim to purchase the Real Estate. If Dwight submits the high bid for the Real Estate, then Dwight may offset some or all of its allowed secured claim against the purchase price.

6. In the event Dwight is the successful bidder for the Real Estate, it shall pay in cash at closing its share of all costs of sale, including payment to McCurdy of a reduced buyer's commission per the Listing Agreement.

7. The sale of the Real Estate shall be free and clear of all liens and interests pursuant to 11 U.S.C. § 363(f), with any such liens attaching to the sale proceeds from the sale of the Real Estate.

8. Each and every bid at the auction shall be made public immediately upon being submitted.

9. Upon the completion of the auction, the high bidder shall forthwith deliver non-refundable funds, in the form of cash or certifiable funds equal to 10% of the successful high bid to Security First Title as security for the consummation of the sale, to be held pending further order of the Bankruptcy Court. If the high bidder should fail to do so, then the Real Estate shall immediately be offered, in turn, to the next highest bidder for that person's highest bid, who shall be required to forthwith deliver non-refundable funds in the nature, in the amount, and to the entity set forth above, as security for the consummation of the sale, to be held pending further order of the Bankruptcy Court.

10. After the non-refundable funds are deposited with Security First Title, the Debtor shall forthwith file a motion seeking court approval of the sale to the successful high bidder for the Real Estate free and clear of liens under 11 USC § 363. Upon court approval of the sale and

closing of the same, the Debtor shall cause the net sale proceeds to be disbursed as follows: (a) first to all costs of sale set forth in the Order Authorizing Sale, including unpaid ad valorem taxes and fees and expenses owed to McCurdy; (b) next, if Dwight is not the successful bidder, then payment to Dwight in an amount up to the allowed amount of its secured claim; and (c) the balance of funds, if any, to the Debtor pending further order of the Court.

11. Objections to the intended employment of McCurdy shall be made in writing to the Clerk of the United States Bankruptcy Court, Room 167, 401 N. Market, Wichita, Kansas 67202, on or before May 9, 2022. Copies of any objections must be served on Debtors' attorney at 3500 N. Rock Rd., Bldg. 300, Ste. B, Wichita, Kansas 67226.

12. If no objection to this Application is filed, the Court may, without further notice, enter an Order allowing the employment of McCurdy on the terms set forth on Exhibit "1" attached hereto.

13. If an objection is timely filed, a hearing on such objection will be scheduled for 10:30 a.m. on June 9, 2022 in Room150 of the United States Bankruptcy Court for the District of Kansas, 401 North Market, Wichita, Kansas 67202.

Respectfully submitted,

/s/Mark J. Lazzo
Mark J. Lazzo, #12790
MARK J. LAZZO, P.A.
3500 N. Rock Rd.
Bldg. 300, Ste. B
Wichita, KS 67226
T: 316.263.6895 | F: 316.264.4704
mark@lazzolaw.com
Attorney for Debtor

## CERTIFICATE OF MAILING

    The undersigned hereby certifies that on this 18th day of April, 2022, true and correct copies of the above and foregoing was electronically filed with the Clerk of the United States Bankruptcy Court for the District of Kansas using the NextGen CM/ECF system, which sent notification to all parties of interest participating in the NextGen, CM/ECF system pursuant to Federal Rules of Bankruptcy Procedure 2002, 7004 and 9014.

    /s/Mark J. Lazzo
    Mark J. Lazzo, #12790