IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: )
)
ANDOVER SENIOR CARE, LLC ) Case No. 22-10139
) Chapter 11
Debtor )
)

## AFFIDAVIT OF DISINTERESTEDNESS OF MCCURDY REAL ESTATE & AUCTION, LLC PURSUANT TO D.KAN.LBR 2014.1(g)

COMES NOW the undersigned and states:

1. McCurdy Real Estate & Auction, LLC ("McCurdy") is disinterested to serve as a realtor/auctioneer in this case.

2. McCurdy does not hold or represent an interest adverse to the estate.

3. McCurdy has examined its records to determine if it represents a creditor of the Debtor – as shown on the mailing matrix filed with the Petition – and has discovered it has not represented and does not represent any such creditors in a matter involving the Debtors.

4. McCurdy understands it has a continuing duty to disclose any adverse interest and change in its disinterestedness.

5. McCurdy further understands the Court's approval of the Debtors' Application to Employ McCurdy (the "Application") does not constitute approval of any proposed terms of compensation, and the Court may, pursuant to § 328(a), allow compensation on terms different than those proposed in the Application.

FURTHER AFFIANT SAITH NAUGHT.

MCCURDY REAL ESTATE & AUCTION, LLC

By: /s/ Braden McCurdy
Braden McCurdy, CEO
12041 E. 13th St. N.
Wichita, KS 67206
P: 316.683.0612
F: 316.683.8822
bmccurdy@mccurdyauction.com

SUBSCRIED AND SWORN TO before me on 18th day of April, 2022

NOTARY PUBLIC - State of Kansas
SHELLY A. FROST
My Appt Expires 12-31-23

Notary Public

My Appointment Expires: