EXHIBIT

2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS**

IN RE:                                          )
                                                )
ANDOVER SENIOR CARE, LLC,                       )        Case No. 22-10139
                                                )        Chapter 11
                    Debtor.                     )
_____ )

**DECLARATION OF JP LOMONACO
IN SUPPORT OF SECURED CREDITOR'S MOTION
TO COMPEL DEBTOR TO PRODUCE DOCUMENTS**

I, JP LoMonaco, state:

1.      I am the President of VIG. By virtue of my position, I have personal knowledge of the facts set forth below, and could and would testify competently to those facts if called to do so.

2.      All capitalized terms are used herein as they are defined in *Secured Creditor's Motion to Compel Debtor to Produce Documents*.

3.      VIG was engaged by Secured Creditor to appraise its Collateral on or about April 5, 2022.

4.      On April 19, 2022, VIG emailed Secured Creditor requesting additional information to assist with the completion of the appraisal, including the ALF census data for 2019, 2020, and Q4 2021 and the SNF census data for 2019, 2020, and Q4 2021.

5.      On April 29, 2022, VIG emailed Secured Creditor following up on the request for the ALF Census Data and the SNF Census Data. VIG also requested the January 2022, February 2022, and March 2022 rent rolls for the ALF showing a breakdown of rent by payor type.

6.      VIG requested the ALF Census Data, the SNF Census Data, and the Rent Rolls because they contain information that will assist in VIG's ability to produce the most accurate appraisal possible.

I certify and declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

EXECUTED this 24th day May, 2022.

_____

JP LoMonaco