EXHIBIT 3

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ANDOVER SENIOR CARE, LLC ) | Case No. 22-10139 |
| ) | Chapter 11 |
| Debtor ) | |
| ) | |

### ORDER GRANTING SECURED CREDITOR'S
### MOTION TO COMPEL DEBTOR TO PRODUCE DOCUMENTS

This matter comes before the Court on Secured Creditor's Motion to Compel Debtor to Produce Documents (the "Motion").

WHEREUPON, the Court having reviewed the pleadings filed herein and being otherwise fully advised in the premises, finds that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, it is accordingly:

In the United States Bankruptcy Court for the District of Kansas
In re: Andover Senior Care, LLC
Bankruptcy Case No. 21-10139-11
Order Granting Secured Creditor's Motion to Compel Debtor to Produce Documents
Page 2 of 3

ORDERED, ADJUDGED, AND DECREED that Debtor will produce documents evidencing the Skilled Nursing Facility census data for 2019, 2020, and Q4 2021 within 72 hours of the entry of this Order.

IT IS SO ORDERED.

###

SUBMITTED BY:

**HINKLE LAW FIRM LLC**

_____
Nicholas R. Grillot, #22054
1617 N. Waterfront Parkway,
Suite 400
Wichita, KS 67206-6639
Phone: (316) 660-6211
Fax: (316) 660-6523
Email: ngrillot@hinklaw.com

*Local Counsel for Secured Creditor,*
*Dwight Capital, LLC*


**MORRIS, MANNING & MARTIN, LLP**

Bonnie Hochman Rothell, Esq.
 (Admitted *Pro Hac Vice*)
D.C. Bar No.: 421606
Jessica A. Rodriguez, Esq.
 (Admitted *Pro Hac Vice*)
D.C. Bar No.: 1024134
1401 Eye St. N.W.,
Suite 600
Washington, DC 20005
Phone: (202) 216-4106
Fax: (202) 408-5146
Email: bhrothell@mmmlaw.com
Email: jrodriguez@mmmlaw.com

In the United States Bankruptcy Court for the District of Kansas
In re: Andover Senior Care, LLC
Bankruptcy Case No. 21-10139-11
Order Granting Secured Creditor's Motion to Compel Debtor to Produce Documents
Page 3 of 3

*Counsel for Secured Creditor,*
*Dwight Capital, LLC*