IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ANDOVER SENIOR CARE, LLC ) | Case No. 22-10139 |
| ) | Chapter 11 |
| Debtor ) | |
| _____ ) | |

## APPLICATION OF DEBTOR TO EMPLOY GREG COLANGELO CPA

COMES NOW Debtor Andover Senior Care, LLC ("Debtor") and applies to the Court pursuant to 11 U.S.C. §327(a) to employ Greg Colangelo of Colangelo & Taber PA ("Colangelo") to prepare income tax returns.

2. In consideration of the services rendered and to be rendered by Colangelo, it is proposed that Colangelo be compensated at the rate of $150.00 per hour.

3. Debtor believes Colangelo's employment is in the best interest of the bankruptcy estate.

4. Colangelo does not hold an interest or claim in the above–captioned bankruptcy estate, and Powell is a disinterested person as that term is defined and used in the Bankruptcy Code.

5. Filed contemporaneously herewith is Colangelo's Affidavit of Disinterestedness pursuant to D. Kan. LBR 2014.1.

WHEREFORE, Debtor requests it be authorized to employ Greg Colangelo on the terms set out herein.

Dated: June 30, 2022

Respectfully submitted,

/s/Mark J. Lazzo
Mark J. Lazzo, #12790
Mark J. Lazzo, P.A.
Landmark Office Park
3500 N. Rock Rd
Building 300, Ste B
Wichita KS 67226
Attorney for Debtor

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 30th day of June, 2022, a true and correct copy of the above and foregoing *Application to Employ* was filed electronically with the United States Bankruptcy Court for the District of Kansas, and shall be served on parties in interest via e-mail by the Court pursuant to CM/ECF, as set out on the Notice of Electronic Filing issued by the Court.

Creditor Mailing Matrix

/s/Mark J. Lazzo
Mark J. Lazzo, #12790