IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ANDOVER SENIOR CARE, LLC ) | Case No. 22-10139 |
| ) | Chapter 11 |
| Debtor ) | |
| ) | |

**COMBINED NOTICE OF INTENDED AUCTION AND MOTION FOR AUTHORITY TO SELL REAL ESTATE FREE AND CLEAR OF LIENS WITH OBJECTION DEADLINE OF OCTOBER 10, 2022 AND HEARING ON ANY OBJECTIONS TO BE HELD NOVEMBER 10, 2022 AT 10:30 A.M.**

1. Notice is hereby given of the Debtor's intended auction and sale, pursuant to 11 U.S.C. § 363(f), of the following described real estate (the "Real Estate"):

Beginning at the Southeast Corner of Lot 3, The Meadows Second Addition, an Addition to Andover, Butler County, Kansas; thence N 0°00'00" E 550.00 feet to the Northwest Corner of Lot 1, Block 1, The Meadows Third Addition to Andover, Butler County, Kansas; thence N 89°56'48" W for 80.10 feet to a point; thence S 14°32'43" E for 157.56 feet to a point; thence S 0°01'31" W for 397.52 feet to a point on the South line of Lot 3, The Meadows Second Addition; thence S 89°56'48" E for 40.70 feet to the point of beginning, and having a street address of 224 E. Central, Andover, Kansas. 67020.

2. The Real Estate will be auctioned by McCurdy Real Estate & Auction, LLC ("McCurdy") via online auction through McCurdy's online bidding platform. The auction will begin October 18, 2022 and end on November 2, 2022.

3. The terms of the auction are set forth in the Listing Agreement attached as Exhibit "1" to Debtor's Renewed Application to Employ McCurdy Real Estate & Auction, LLC (the "Application") which Application was filed herein on August 17, 2022 (Dkt. 181) and approved by Order entered herein on September 9, 2022 (Dkt. 203).

4. The Debtor has not claimed the Real Estate as exempt.

In the United States Bankruptcy Court for the District of Kansas
*In re: Andover Senior Care, L.L.C.*
Bankruptcy Case No. 22-10139-11
Combined Notice of Intended Auction and Motion for Authority to Sell Real Estate pursuant to 11 U.S.C. § 363
Page 2 of 4

5. The Real Estate will be sold in its present, "as is" condition, with no express or implied warranties.

6. The Real Estate will be sold subject to rights of way and easements of record.

7. The Real Estate will be sold free and clear of all liens and encumbrances of record.

8. From the proceeds of the sale, Debtor intends to pay, in descending order, the following:

   a. All unpaid real estate taxes and assessments attributable to the Real Estate for calendar years 2021 and prior and for calendar year 2022 prorated to the date of closing;

   b. Sale expenses of McCurdy;

   c. Debtor's one-half share of the closing expenses for title insurance, recording fees and other related fees;

   d. The remaining balance to the United States Department of Housing and Urban Development ("HUD"). Debtor does not anticipate any funds will remain after payment to HUD.

9. Debtor also hereby moves pursuant to Fed.R.Bankr.P. 6004(c) for authority to sell the Real Estate free and clear of all liens and encumbrances. If Debtor's Motion is granted, the sales will be free and clear of all liens and encumbrances. Any liens and encumbrances will attach to the proceeds of the corresponding sale.

10. Debtor further moves the Court to cancel the 14-day stay set forth at Fed.R.Bankr.P. 6004(h).

11. Objections should be filed and served in the manner set out in paragraph 12 below. If an objection is timely filed, a hearing on said objection will be scheduled for November 10, 2022 at 10:30 a.m. at the United States Bankruptcy Court, 401 North Market, Room 150, Wichita,

Kansas 67202. Debtor may nonetheless move the Court to hear such objection(s) on an expedited basis prior to the November 10, 2022 hearing date.

12. Objections to the intended auction and sale of the Real Estate, allowance and payment of the expenses of sale and/or distribution of the sale proceeds shall be made in writing to the Clerk of the United States Bankruptcy Court, Room 167, 401 N. Market, Wichita, Kansas 67202, on or before October 10, 2022. Copies of any objections must be served on the Debtor's attorney at his office, 3500 N. Rock Rd., Bldg. 300, Suite B, Wichita, Kansas, 67226. If no objections are filed, the Court may enter an Order allowing the sale, authorizing disbursement of the sale proceeds as set forth above and cancelling the 14-day stay set forth at Fed.R.Bankr.P. 6004(h) without further notice.

Dated: September 15, 2022

                                            Respectfully submitted,

                                            */s/ Mark J. Lazzo*
                                            Mark J. Lazzo, #12790
                                            MARK J. LAZZO, P.A.
                                            3500 N. Rock Rd.
                                            Bldg. 300, Ste. B
                                            Wichita, KS 67226
                                            P: (316) 263-6895
                                            F: (316) 264-4704
                                            justin@lazzolaw.com
                                            Attorney for Debtor Andover Senior Care, LLC

In the United States Bankruptcy Court for the District of Kansas
*In re: Andover Senior Care, L.L.C.*
Bankruptcy Case No. 22-10139-11
Combined Notice of Intended Auction and Motion for Authority to Sell Real Estate pursuant to 11 U.S.C. § 363
Page 4 of 4

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on this 15th of September, the above and foregoing *Debtor's Combined Notice of Intended Sale and Motion for Authority to Sell Real Estate Free and Clear of Liens* was filed with the Clerk of the United States Bankruptcy Court for the District of Kansas, which shall send Notice of Electronic Filing to all parties' requesting notice pursuant CM/ECF, and was served on the following by U.S. first-class mail, postage prepaid, properly addressed to:

CREDITOR MAILING MATRIX

/s/Kara J. Simon
Kara J. Simon
Legal assistant to Mark J. Lazzo