# ADVERSARY PROCEEDING COVER SHEET
(Instructions on Reverse)

**ADVERSARY PROCEEDING NUMBER** (Court Use Only)

| PLAINTIFF | DEFENDANT |
|---|---|
| ANDOVER SENIOR CARE, L.L.C. | CALLED TO CARE INVESTMENTS KANSAS, LLC |
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>Mark J. Lazzo<br>3500 N. Rock Rd., Bldg. 300, Suite B<br>Wichita, KS 67226<br>(316) 263-6895 | ATTORNEYS (If Known) |

**PARTY** (Check one box only)  ☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☒ 3 U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Complaint for damages arising from breach of contract

## NATURE OF SUIT
(Check the one most appropriate box only.)

- **X** 454 To Recover Money or Property
- ☐ 455 To revoke an order of confirmation of a Chap. 11, Chap. 12 or Chap. 13 Plan
- ☐ 456 To obtain a declaratory judgment relating to any of foregoing causes of action
- ☐ 435 To Determine Validity, Priority, or Extent of a Lien or Other Interest in Property
- ☐ 426 To determine the dischargeability of a debt 11 U.S.C. § 523
- ☐ 458 To obtain approval for the sale of both the interest of the estate and of a co-owner in property
- ☐ 434 To obtain an injunction or other equitable relief
- ☐ 459 To determine a claim or cause of action removed to a bankruptcy court
- ☐ 242 To object to or revoke a discharge 11 U.S.C. § 727
- ☐ 457 To subordinate any allowed claim interest except where such subordination is provided in a plan
- ☐ 498 Other (specify)

**ORIGIN OF PROCEEDINGS**: ■ 1 Original Proceeding  ☐ 2 Removed Proceeding  ☐ 4 Transferred to Another Bankruptcy Court  ☐ 5 Reinstated or Reopened   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND** NEAREST THOUSAND $3,063,500   OTHER RELIEF SOUGHT   ☐ JURY DEMAND

### BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES

| NAME OF DEBTOR<br>ANDOVER SENIOR CARE, LLC | BANKRUPTCY CASE NO.<br>**22-10139** |
|---|---|
| DISTRICT IN WHICH CASE IS PENDING<br>Kansas | DIVISIONAL OFFICE<br>Wichita | NAME OF JUDGE<br>Mitch Herren |

### RELATED ADVERSARY PROCEEDING (IF ANY)

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

**FILING FEE** (Check one box only.)   X FEE ATTACHED   ☐ FEE NOT REQUIRED   FEE IS DEFERRED

| DATE<br>12.15.22 | PRINT NAME<br>Mark J. Lazzo, #12790 | SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>/s/ Mark J. Lazzo |