**SO ORDERED.**

**SIGNED this 3rd day of January, 2023.**



*Mitchell L. Herren*
Mitchell L. Herren
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ANDOVER SENIOR CARE, LLC ) | Case No. 22-10139 |
| ) | Chapter 11 |
| Debtor ) | |
| _____) | |

## STIPULATED ORDER EXTENDING FINAL ORDER AUTHORIZING DEBTOR'S USE OF CASH COLLATERAL THROUGH MARCH 31, 2022

This matter comes before the Court on the Motion of Debtor (the "Motion") to extend the Final Order Authorizing Debtor's Use of Cash Collateral entered herein on August 19, 2022 (Dkt. 183)(the "Final Order"). Debtor appears by and through its attorney Mark J. Lazzo. The United States of America on behalf of the Department of Housing and Urban Development ("HUD") appears by and through its attorneys, Sarah Burch Macke and Brian D. Sheern. There are no other appearances.

WHEREUPON, after reviewing the Motion, considering the parties stipulations, and being otherwise fully advised in the premises, the Court FINDS:

1. On August 19, 2022, this Court entered its Final Order Authorizing Debtor's Use of Cash Collateral through September 30, 2022 (the "Final Order")(Dkt. 183).

2. By Order entered October 4, 2022 (Dkt. 223), the Court extended the Final Order through December 31, 2022.

3. The Final Order is hereby extended from December 31, 2022 through March 31, 2023 on the terms set forth in the Final Order.

IT IS SO ORDERED.

###

/s/ *Mark J. Lazzo*
Mark J. Lazzo, #12790
MARK J. LAZZO, P.A.
3500 N. Rock Road
Bldg. 300, Suite B
Wichita, Kansas 67226
(316) 263-6895
mark@lazzolaw.com
Attorneys for Debtor Andover Senior Care, LLC


/s/ *Sarah Burch Macke*
Sarah Burch Macke, #25948
Brain D. Sheern, #21479
1200 Epic Center
301 N. Main
Wichita, KS 67202-4812
PH: 316-269-6481
FX: 316-269-6484
sarah.macke@usdoj.gov
Attorneys for the United States of America

United States Bankruptcy Court

District of Kansas

| | |
|---|---|
| In re: | Case No. 22-10139-MLH |
| Andover Senior Care, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1083-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 03, 2023 | Form ID: pdf020 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Andover Senior Care, LLC, 324 W Central Suite D, Andover, KS 67002-9694 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bonnie Hochman Rothell | on behalf of Creditor Dwight Capital LLC bhrothell@mmmlaw.com rconnolly@mmmlaw.com;rmaruschak@mmmlaw.com;tijackson@mmmlaw.com |
| Brian D Sheern | on behalf of Creditor U.S. Department of Housing and Urban Development brian.sheern@usdoj.gov michelle.lies@usdoj.gov;phyllis.creed@usdoj.gov;jeanette.may@usdoj.gov;CaseView.ECF@usdoj.gov |
| Brian D Sheern | on behalf of Creditor U.S. Department of Health and Human Services brian.sheern@usdoj.gov michelle.lies@usdoj.gov;phyllis.creed@usdoj.gov;jeanette.may@usdoj.gov;CaseView.ECF@usdoj.gov |
| January M Bailey | on behalf of Creditor Estate of Edna Phillips january@eronlaw.net  prelleeronbailey@gmail.com |
| Jessica A. Rodriguez | on behalf of Creditor Dwight Capital LLC jrodriguez@mmmlaw.com  awane@mmmlaw.com |

Jordan M Sickman
    on behalf of U.S. Trustee U.S. Trustee jordan.sickman@usdoj.gov

Justin T Balbierz
    on behalf of Debtor Andover Senior Care LLC justin@lazzolaw.com, kara@lazzolaw.com;elizabeth@lazzolaw.com

Mark J Lazzo
    on behalf of Debtor Andover Senior Care LLC mark@lazzolaw.com, elizabeth@lazzolaw.com;kara@lazzolaw.com

Mark J Lazzo
    on behalf of Plaintiff Andover Senior Care LLC mark@lazzolaw.com, elizabeth@lazzolaw.com;kara@lazzolaw.com

Nicholas R Grillot
    on behalf of Creditor Dwight Capital LLC ngrillot@hinklaw.com thohstadt@hinklaw.com

Richard A Kear
    on behalf of U.S. Trustee U.S. Trustee richard.kear@usdoj.gov

Ron Dean Beal
    on behalf of Creditor Cherry Creek Senior Care LLC rbeal90@gmail.com

Sarah Burch Macke
    on behalf of Creditor U.S. Department of Health and Human Services sarah.macke@usdoj.gov
    michelle.lies@usdoj.gov;jeanette.may@usdoj.gov;phyllis.creed@usdoj.gov;CaseView.ECF@usdoj.gov

Sarah Burch Macke
    on behalf of Creditor U.S. Department of Housing and Urban Development sarah.macke@usdoj.gov
    michelle.lies@usdoj.gov;jeanette.may@usdoj.gov;phyllis.creed@usdoj.gov;CaseView.ECF@usdoj.gov

Thomas J. Lasater
    on behalf of Creditor Huntington National Bank tlasater@fleeson.com ecf@fleeson.com

U.S. Trustee
    ustpregion20.wi.ecf@usdoj.gov

TOTAL: 16