# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ANDOVER SENIOR CARE, LLC ) | Case No. 22-10139 |
| ) | Chapter 11 |
| Debtor ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January, 2023, true and correct copies of: (1) Debtor's Third Amended Disclosure Statement filed January 19, 2023 (Dkt. 263); (2) Debtor's Second Amended Plan filed January 19, 2023 (Dkt. 264) and (3) Order and Notice of Hearing and Objection Deadline filed January 20, 2023 (Dkt. 265) were mailed, first-class mail, postage prepaid and properly addressed to all parties listed on the mailing matrix attached hereto.

/s/Kara J. Simon
Kara J. Simon
Legal Assistant to Mark J. Lazzo
Mark J. Lazzo, P.A.
Landmark Office Park
3500 N Rock Rd
Building 300, Suite B
Wichita, Kansas 67226
(316) 263-6895