```
Label Matrix for local noticing              Andover Senior Care, LLC                    Cherry Creek Senior Care, LLC
1083-6                                       324 W Central Suite D                       324 West Central Ave
Case 22-10139                                Andover, KS 67002-9694                      Andover, KS 67002-9694
District of Kansas
Wichita
Thu Jan 19 09:36:32 CST 2023

Dwight Capital LLC                           IRS                                         (p)U S DEPARTMENT OF HEALTH AND HUMAN SERVICE
c/o Nicholas R. Grillot                      Internal Revenue Service                    PROGRAM SUPPORT CENTER
Hinkle Law Firm, LLC                         ATTN Insolvency/Advisory                    DEBT COLLECTION CENTER
1617 N. Waterfront Pkwy, Suite 400           2850 NE Independence Ave                    12501 ARDENNES AVE SUITE 100
Wichita, KS 67206-6639                       Stop 5334 LSM                               ROCKVILLE MD 20857-0001
                                             Lees Summit, MO 64064-2327

(p)OFFICE OF UNITED STATES ATTORNEY          ACPL                                        AMS
1200 EPIC CENTER                             13828 Collestions Center Dr                 PO Box 12127
301 N MAIN                                   Chicago IL  60601                           Wichita KS 67277-2127
WICHITA KS 67202-4800


Ability Network Inc                          Allscripts                                  American Chemical Systems
PO Box 856015                                305 Church At North Hills St                3505 W 29th St S
Minneapolis MN 55485-6015                    Raleigh NC 27609-2667                       Wichita KS  67217-1001


Andover Chamber of Commerce                  Andover Rental Center                       Auburn LTC Wichita
1951 N Andover Rd                            328 N Andover Rd                            5318 W Central Ave
Andover KS  67002-9465                       Andover KS  67002-9636                      Wichita KS  67212-2455


Bonnie Rothell Esq                           Broadway Home Medical                       Butler County Treasurer
Morris Manning & Martin LLP                  808 S Hillside St                           205 W Central Ave
1401 Eye St NW Ste 600                       Wichita KS  67211-3004                      El Dorado KS 67042-2106
Washington DC 20005-2225


COMMERCE BANK                                Cascade Health Services                     Centers for Medicare & Medicaid Services/Sea
PO BOX 419248                                1001 NW Barry Rd                            701 - 5th Avenue, Suite 1600, M/S RX 300
KCREC-10                                     Kansas City MO  64155-2703                  Seattle, WA 98104-7037
KANSAS CITY, MO 64141-6248


Cherry Creek Senior Care LLC                 Cheryl Stevens                              Clock Medical Supply Inc
324 W Central Ave Ste D                      6510 E 29th St N Apt 901                    901 Industrial Blvd
Andover KS  67002-9694                       Wichita KS  67226-1639                      Winfield KS  67156-9129


Colangelo & Taber PA                         Commerce Bank                               Dennis Bush
PO Box 489                                   PO Box 411647                               726 S 159th E
Andover KS 67002-0489                        Kansas City MO  64141-1647                  Andover KS  67002


(p)US DEPT OF HOUSING AND URBAN DEVELOPMENT R   Direct Supply                            Dwight Capital LLC
1222 SPRUCE STREET ROOM 3 203                PO Box 88201                                787 11th Ave Fl 10
ST LOUIS MO 63103-2818                       Milwaukee WI 53288-8201                     New York NY 10019-3584
```

| | | |
|---|---|---|
| EcoLab Pest Elim Div<br>26252 Network Pl<br>Chicago IL  60673-1262 | Elliott Electric Supply Inc<br>PO Box 206524<br>Dallas TX 75320-6524 | Esolutions Inc<br>PO Box 414378<br>Kansas City MO 64141-4378 |
| Estate of Edna Phillips, et al<br>c/o Melinda Young Law, LLC<br>1 E 30th Ave<br>PO Box 1405<br>Hutchinson, KS 67504-1405 | Graves Foods<br>PO Box 104507<br>Jefferson City MO 65110-4507 | HRSA<br>5600 Fishers Ln<br>Rockville MD  20857-0002 |
| Health Resources & Services Administration<br>601 E. 12th St., Suite N1800<br>Kansas City, MO 64106-2818 | Health Technologies Inc<br>8446 Page Ave<br>Saint Louis MO 63130-1055 | Hiland Dairy Foods<br>PO Box 843148<br>Kansas City MO 64184-3148 |
| Huntington National Bank<br>1405 Xenium Ln<br>Plymouth MI  48170 | Inpatient Consultants of Kansas<br>PO Box 844929<br>Los Angeles CA 90084-4929 | Interim Health Care of Wichita Inc<br>9920 E Harry St<br>Wichita KS 67207-5008 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Kansas Department for Aging and Disability S<br>503 S. Kansas Ave., 2nd Floor<br>Topeka, KS 66603-3404 | (p)NEWMAN HESSE & ASSOCIATES<br>6600 SW 10TH STREET<br>STE B<br>TOPEKA KS 66615-3858 |
| Network Services Company<br>29060 Network Pl<br>Chicago IL  60673-1290 | Newman Hesse & Associates PA<br>6600 SW 10th Ave Ste B<br>Topeka KS  66615-3858 | Office of US Attorney<br>301 N Main St Ste 1200<br>Wichita KS  67202-4812 |
| (p)OMNICARE  INC<br>ATTN KAREN DAILEY CREDIT AND COLLECTIONS<br>C/O CVS HEALTH<br>444 N 44TH STREET<br>PHOENIX AZ 85008-6523 | Quality Electric<br>8907 W Birch Ln<br>Wichita KS  67212-4126 | Quiktrip<br>PO Box 4337<br>Carol Stream IL 60197-4337 |
| Roberts Hutch-Line Inc<br>513 E 3rd Ave<br>Hutchinson KS  67501-6915 | Rosie Connectivity Solutions<br>7320 Central Ave<br>Savannah GA 31406-5172 | Schindler Elevator Corporation<br>PO Box 93050<br>Chicago IL 60673-3050 |
| Scrubs On Wheels Scrubs Outlet<br>1730 Gateway Ct<br>Elkhart IN 46514-8217 | Sherry C. Diel<br>503 S. Kansas Ave., 2nd Floor<br>Topeka, KS 66603-3404 | Sherry Diel<br>KDADS<br>503 S. Kansas Ave.<br>Topeka, KS 66603-3404 |
| Therapute LLC<br>PO Box 1731<br>Macon GA  31202-1731 | U.S. DHHS Centers of Medicare & Medicaid Ser<br>701 - 5th Ave., Suite 1600, M/S RX 300<br>Seattle, WA 98104-7037 | U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 |

| | | |
|---|---|---|
| UnitedHealthcare Insurance Company<br>ATTN: CDM/Bankruptcy<br>185 Asylum Street - 03B<br>Hartford, CT 06103-3408 | Westlake Harware KS-027<br>PO Box 219370<br>Kansas City MO 64121-9370 | Wichita Shredding<br>1930 N Ohio Ave<br>Wichita KS 67214-1532 |
| Justin T Balbierz<br>Mark J Lazzo PA<br>3500 N Rock Rd Bldg 300 Ste B<br>Wichita, KS 67226-1341 | Mark J Lazzo<br>Landmark Office Park<br>3500 N Rock Rd<br>Building 300<br>Suite B<br>Wichita, KS 67226-1341 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| U.S. Department of Health and Human Services<br>Collection Officer, HRSA<br>5600 Fishers Lane, Room 8B-45<br>Rockville, MD 20857 | US Attorney<br>301 N Main #1200<br>Wichita, KS 67202 | Department of Housing & Urban Developmen<br>Regional Counsel Gateway T9ower II<br>400 State Ave Ste 200<br>Kansas City KS 66101-2406 |
| NEWMAN HESSE ASSOCIATES<br>6600 SW 10th Street, Ste B<br>Topeka, KS 66615 | Omnicare Inc<br>Dept 781668<br>PO Box 78000<br>Detroit MI 48278-0001 | (d)Omnicare, Inc.<br>dba Omnicare of Wichita<br>Karen Dailey<br>444 N 44th St MC 999-2C<br>Phoenix AZ 85008 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Estate of Edna Phillips | (u)Huntington National Bank | (u)McCurdy Real Estate and Auction LLC |
| (u)U.S. Department of Housing and Urban Devel | (d)Huntington National Bank<br>1405 Xenium Ln<br>Plymouth MI 48170 | End of Label Matrix<br>Mailable recipients    64<br>Bypassed recipients    5<br>Total    69 |